FORM 3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PERFILES LM, S.A. DE C.V.,<br><br>         Plaintiff<br>    v.<br>UNITED STATES,<br>         Defendant. | **SUMMONS**<br>Court No.: 23-00094 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

              /s/ **Mario Toscano**
              Clerk of the Court

1. The plaintiff in this action is Perfiles LM, S.A. de C.V., which is a producer and exporter of the merchandise that was the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the 2020-21 administrative review of Light-Walled Rectangular Pipe and Tube from Mexico. *See Light-Walled Rectangular Pipe and Tube from Mexico: Final Results of Antidumping Duty Administrative Review; 2020-2021*, 88 Fed. Reg. 15665 (March 14, 2023).
(Brief description of contested determination)

3. The final results of the 2020-21 administrative review of Light-Walled Rectangular Pipe and Tube from Mexico was announced in a document signed on March 7, 2023. The notice was published in the *Federal Register* on March 14, 2023.
(Date of determination)

- 2 -

4. The final results of the 2020-21 administrative review of Light-Walled Rectangular Pipe and Tube from Mexico was published in the Federal Register at 88 Fed. Reg. 15665 on March 14, 2023.
(If applicable, date of publication in Federal Register of notice of contested determination)

> Jeffrey M. Winton
> WINTON & CHAPMAN PLLC
> 1900 L Street, N.W., Suite 611
> Washington, DC  20036
> Telephone:  (202) 774-5503
> Email:  jwinton@winton.law
>
> Attorney for Plaintiff Perfiles LM, S.A. de C.V.

  /s/Jeffrey M. Winton
        Signature of Plaintiff's Attorney

  May 8, 2023
                Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

<u>On behalf of the United States</u>
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

<u>On behalf of the U.S. Department of Commerce</u>
Peter Davidson
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Pennsylvania Ave., N.W.
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement
and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., N.W.
Washington, DC 20230