Before the
United States Court of International Trade

| | |
|---|---|
| Perfiles LM, S.A. de C.V.,<br><br>                    Plaintiff<br><br>            v.<br><br>United States,<br><br>                    Defendant. | Court No. 23-00094 |

## Complaint

Plaintiff Perfiles LM, S.A. de C.V. ("Plaintiff"), files this complaint to contest the final determination by the U.S. Department of Commerce ("Commerce") in the 2020-2021 administrative review of the antidumping duty order on Light-Walled Rectangular Pipe and Tube from Mexico.

## Jurisdiction

1. This action arises out of an antidumping duty administrative review conducted by Commerce pursuant to Section 751 of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. § 1675. Commerce published notice of the final results of the review in the *Federal Register* on March 14, 2023. *See Light-Walled Rectangular Pipe and Tube from Mexico: Final Results of Antidumping Duty Administrative Review*; 2020-21, 88 Fed. Reg. 15665 (March 14, 2023) (hereinafter referred to as the "*Final Results*").

2. This action is commenced pursuant to Sections 516A(a)(2)(A)(i)(I), 516A(a)(2)(B)(iii), and 516A(g)(3)(B) of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii), and 1516a(g)(3)(B). Consequently, this Court has jurisdiction over this matter by reason of 28 U.S.C. § 1581(c).

PLAINTIFF'S STANDING TO COMMENCE THIS ACTION

3. Plaintiff is a producer and exporter of light-walled rectangular pipe and tube from Mexico, the subject merchandise at issue in this appeal. Although Plaintiff was not selected as a "mandatory respondent" by Commerce in the administrative review that is subject of this appeal, Plaintiff participated as a respondent in the administrative review and submitted a case brief to Commerce. Accordingly, Plaintiff is an "interested party" within the meaning of section 771(9)(A) of the Tariff Act, as amended 19 U.S.C. § 1677(9)(A), and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

TIMELINESS OF THIS ACTION

4. On March 14, 2023, the *Final Results* were published in the *Federal Register. See Light-Walled Rectangular Pipe and Tube from Mexico: Final Results of Antidumping Duty Administrative Review*; 2020-21, 88 Fed. Reg. 15665 (March 14, 2023).

5. On April 3, 2023, Plaintiff filed notice of intent to commence judicial review with the United States Secretariat under the United States-Mexico-Canada Agreement within the time specified by Section 516A(g)(3)(B) of the Act, 19 U.S.C. § 1516(a)(g)(3)(B). On May 8, 2023, Plaintiff initiated this action by filing a summons within the time specified by Sections 516A(a)(2)(A)(i)(I), 516A(a)(2)(B)(iii), and 516A(a)(5)(A) of the Act, 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii), and 1516a(a)(5)(A). This complaint is being filed within 30 days after the date of that summons. Accordingly, this action is timely filed pursuant to the relevant statutory provisions, which permit parties to challenge final determinations that involve merchandise from a free trade area country, by filing a notice of intent to commence judicial review 20

days after the publication of the final determination, filing a summons after the 31st day following the publication of the final determination, and a complaint within 30 days thereafter.

## STATEMENT OF CLAIMS

6. In the administrative review of the antidumping duty order on Light-Walled Rectangular Pipe and Tube from Mexico that is the subject of this appeal, Commerce did not examine the sales or cost information for Plaintiff. Instead, Commerce assigned Plaintiff a rate of 5.32 percent, based on the weighted average of the rates found by Commerce for "mandatory" respondents Maquilacero S.A. de C.V. ("Maquilacero")/Tecnicas de Fluidos S.A. de C.V. ("TEFLU") and Regiomontana de Perfiles y Tubos S. de R.L. de C.V.[1]

7. Commerce's final determination in the administrative review of the antidumping duty order on Light-Walled Rectangular Pipe and Tube from Mexico for the August 1, 2020, to July 31, 2021, review period was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law for the following reasons, among others:

> (1) Commerce improperly included in its calculations sales of further-processed downstream auto parts made by Maquilacero's affiliated producer TEFLU.

---

[1] Commerce amended the *Final Results* on May 12, 2023, to correct a ministerial error made in its calculation of the rate applied to mandatory-respondent Regiomontana de Perfiles y Tubos S. de R.L. de C.V. *See Light-Walled Rectangular Pipe and Tube from Mexico: Amended Final Results of Antidumping Duty Administrative Review; 2020–2021*, 88 Fed. Reg. 30723 (May 12, 2023). The 5.32 percent rate applied to Plaintiff reflects the amended rate established in the May 12 notice. It should be noted that the issues pertaining to Maquilacero and TEFLU, which are the subject of this appeal, were not affected by Commerce's amended final results.

(2) Commerce failed to modify its computer program to account for the physical and commercial differences in the products made by Maquilacero and TEFLU.

(3) Commerce improperly collapsed Maquilacero with TEFLU based on findings made in the 2018-2019 review of this case, without addressing the information placed on the record of this review.

(4) Commerce improperly classified Maquilacero and TEFLU's virtual export sales as home-market sales.

(5) Commerce's application of its "Differential Pricing Analysis" in the *Final Results* was improper and contrary to established precedent by the Court of Appeals for the Federal Circuit.

(6) As a result of these errors, the dumping margin assigned to Maquilacero/TEFLU, and, consequently, the "all-others" rate assigned to Plaintiff, were overstated.[2]

DEMAND FOR JUDGMENT

WHEREFORE, Plaintiff respectfully requests this Court to:

(1) Declare Commerce's *Final Results* to be arbitrary and capricious, unsupported by substantial evidence, and otherwise not in accordance with law;

(2) Remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court; and

(3) Provide such other relief as this Court deems appropriate.

---

[2] It should be noted that Plaintiff intends to consolidate this action with Maquilacero S.A. de C.V. and Tecnicas de Fluidos S.A. de C.V.'s appeal that is docketed under Case No. 23-00091.

- 5 -

        Respectfully submitted,

        /s/Jeffrey M. Winton
        Jeffrey M. Winton
        Ruby Rodriguez
        Vi N. Mai

        WINTON & CHAPMAN PLLC
        1900 L. St., N.W., Suite 611
        Washington, DC  20036
        (202) 774-5500

        Attorneys for Perfiles LM, S.A. de C.V.

Dated:  May 23, 2023